**Michael RANKINS, Plaintiff–Appellant,**

v.

**Gregory BONNER, Chief of Police, Defendant–Appellee.**

No. 02–6082.

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 26, 2002.

Michael Rankins, Appellant Pro Se. Louis Phillip Hornthal, III, Hornthal, Riley, Ellis & Maland, Elizabeth City, North Carolina, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael Rankins appeals the district court's order denying multiple discovery and other pre-trial motions in his 42 U.S.C.A. § 1983 (West Supp.2001) action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*